NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DIANA ERNEST,                          )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-3934
                                       )
SUNCOAST SCHOOLS FEDERAL                )
CREDIT UNION,                          )
                                       )
            Appellee.                  )
_____)

Opinion filed May 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; Claudia R. Isom,
Judge.

David A. Fernandez of Florida Trial Counsel,
Bradenton, for Appellant.

Theodore J. Hamilton and Thomas K.
Sciarrino, Jr., of Wetherington Hamilton,
P.A., Tampa, for Appellee.



PER CURIAM.


            Affirmed.


KELLY, KHOUZAM, and BADALAMENTI, JJ., Concur.